**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAST COAST CUSTOM COACHES, INC. ) | Case No. 19-11536-KHK |
| ) | |
|     Alleged Debtor. ) | |
| ) | |

**ANSWER TO INVOLUNTARY SUMMONS**

The alleged debtor, East Coach Custom Coaches, Inc. d/b/a East Coast Mobile Business Launchpad ("**Alleged Debtor**"), by counsel, hereby consents to the entry of an order for relief under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Alleged Debtor, by counsel, requests that the court: (1) enter an order for relief under chapter 7 of the Bankruptcy Code; and (2) grant such further relief the court deems appropriate.

                EISLER HAMILTON, LLC

                By:    /s/   Alan D. Eisler
                     Alan D. Eisler, Va. Bar No. 33169
                     1 Research Court, Suite 450
                     Rockville, MD 20850
                     Phone: (240) 283-1164
                     Fax: (301) 519-8005
                     Email: aeisler@e-hlegal.com
                     Counsel for Alleged Debtor

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019 copies of the Answer to Involuntary Summons were sent by CM/ECF to:

Alexander McDonald Laughlin at alex.laughlin@ofplaw.com

I further certify that on June 4, 2019 copies of the Answer to Involuntary Summons were sent by first class mail, postage prepaid, to:

> John P. Fitzgerald, III
> Office of the U.S. Trustee - Region 4
> 1725 Duke Street, Suite 650
> Alexandria, VA 22314

                /s/     Alan D. Eisler
                Alan D. Eisler