| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **East Coast Custom Coaches, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **19-11536-KHK** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **List of Creditors/Mailing Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 28, 2019**      X **/s/ Eduardo Bocock**
                                   Signature of individual signing on behalf of debtor

                                   **Eduardo Bocock**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

ADT
10498 Whitehead Street
Fairfax, VA 22030


Alexander M. Laughlin
Odin, Feldman, Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Andrew B. Schulwolf
110 N. Washington Street
Suite 300
Rockville, MD 20850


Andrew S. Lerner
Zwicker & Associates, P.C.
948 Clopper Road, 2nd Floor
Gaithersburg, MD 20878


Arcet Equipment Company
8399 Euclid Avenue
Manassas, VA 20111


Aunty Gingah's, LLC
6230 Edsall Road, Apt. 404
Alexandria, VA 22312


Baltimore Crab Cake Company
619 Timothy Drive
Linthicum Heights, MD 21090


BCAN
1200 W. Mount Royal Avenue
Baltimore, MD 21217


Biloxi Group, LLC
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191

```
Brian Murphy
2306 Arden Street
Dunn Loring, VA 22027


Bricknfire Pizza Co.
110 South Eutaw Street
Baltimore, MD 21201


Capital Mechanics LLC
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Cary Alan Snyder
2625 Bowling Green Drive
Vienna, VA 22180


Chaboz Tacomiendo
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Chaboz Tacomiendo LLC
11900 Livingston Road, Suite 1
Manassas, VA 20109


Chase Card Services
Business Card Correspondence
P.O. Box 15298
Wilmington, DE 19850


Chef Nenas, LLC
t/a Grange and Grub
14809 Purcellville Road
Purcellville, VA 20132-3644


Christopher A. Jones
Whiteford Taylor Preston
3190 Fairview Park Dr. # 800
Falls Church, VA 22042-4510


Columbia Gas of Virginia
60 Commerce Parkway
Fredericksburg, VA 22406
```

Columbia Gas of Virginia
Revenue Recovery
P.O. Box 117
Columbus, OH 43216


Comcast
12345 Sunrise Valley Drive
Suite G
Reston, VA 20191


Copper Crust
P.O. Box 75
Marquette, MI 49855


Cummins Power Systems
2931 Elm Hill Pike
Nashville, TN 37214


David A. Damiani
Damiani & Damiani, P.C.
604 Cameron Street
Alexandria, VA 22314


Dirk McClanahan
McClanahan Powers, PLLC
8133 Leesburg Pike # 130
Vienna, VA 22182


Don's Johns, Inc.
5524 Wellington Road
Gainesville, VA 20155


Donald E. Morris
301 Concourse Blvd., Suite 300
Glen Allen, VA 23059


Dylan Kough
3016 Woodlawn Avenue
Falls Church, VA 22042


Dylan Kough
4001 9th Street North # 817
Arlington, VA 22203

East Coast Capital Holdins LL
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Eccentric Development Labs LLC
1031 Pennsylvania Avenue
Charleston, WV 25302


Endless Waters
7901 Beechcraft Avenue
Gaithersburg, MD 20879


Fire Safety Systems, Inc.
3414 Shannon Park Drive
Fredericksburg, VA 22408


Fireline Corporation
12 Cardinal Park Drive SE
Leesburg, VA 20175


GLV Enterprises, LLC
4 Trellis Drive
Stafford, VA 22554


Growth Capital LLC
11900 Livingston Road
Suite 119
Manassas, VA 20109


Growth Capital LLC
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Gulfport Holdings, LLC
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Happy Bowls, LLC
11717 Fair OaksMall # 135
Fairfax, VA 22033

Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500


Howard O'Brien
3238 Railstop Road
Markham, VA 22643


Hugh P. Quinn
The Law Office Hugh P. Quinn
3231 Magnolia Avenue
Falls Church, VA 22041


Internal Controls, LLC
c/o LPPM
2911 Hunter Mill Road
Oakton, VA 22124


Island Cafe, LLC
2708 Benevolence Drive
Raleigh, NC 27610


Jemals Garmin, LLC
702 H Street, N.W.
Suite 400
Washington, DC 20001


Jennifer E. Wuebker
Whiteford Taylor & Preston
919 East Main St., Suite 1000
Richmond, VA 23219


Jeremy Huang
Chadwick Washington Moriarity
3201 Jermantown Rd., Suite 600
Fairfax, VA 22030


Joseph Imbriale
2417 Lob Lolly Lane
Deerfield Beach, FL 33442


Juan C. Estevez
Naum Estevez
9300 W. Court House Road
Manassas, VA 20110

```
Kim Bouy
45578 Clydesdale Court
Sterling, VA 20164


KMG Hauling, Inc.
14 Bryant Ct.
Sterling, VA 20166


Land of Milk and Honey, LLC
c/o McMahon, Welch & Learned
2100 Reston Parkway, Suite 450
Reston, VA 20191


Lawrence Katz
Hirschler
8270 Greensboro Drive, Suite 7
Mc Lean, VA 22102


LTO I, LLC
11160 C1 South Lakes Drive
Reston, VA 20191


LTO Management Co., Inc.
11900 Livingston Road
Manassas, VA 20109


Mani B. Fierro
Herndon Law Firm
1031 Sterling Road, Suite 101
Herndon, VA 20170


Maria C. Simon
Geller Law Group
400 Legato Road, Suite 100
Fairfax, VA 22033


Matthew P. Linkie
Kramer, Linke
9210 Corporate Blvd., Suite 35
Rockville, MD 20850


McMahon, Welch & Learned, PLLC
2100 Reston Parkway, Suite 450
Reston, VA 20191
```

Michael T. Pritchard
Hogan & Pritchard, PLLC
4101 Chain Bridge Rd. # 300
Fairfax, VA 22030


Mobile Investments, LLC
8421 Broad Street, Apt. 807
Mc Lean, VA 22102


Mobile Power Generators, LLC
634 State Road 44
Leesburg, FL 34748


Naum Estevez, PLLC
9300 W. Courthouse Road
Suite 300
Manassas, VA 20110


Nicole Dillard
1601 18th Street, N.W.
Washington, DC 20009


NOVEC
10323 Lomond Drive
Manassas, VA 20109


Odin, Feldman & Pittleman, P.C
1775 Wiehle Avenue, Suite 400
Reston, VA 20190


P. George Eliades, II
The Eliads Law Firm, PLLC
140000 N. Enon Church Road
Chester, VA 23836


Paradise Spring Winery, LLC
c/o Kirk Wiles, CEO
13219 Yates Ford Road
Clifton, VA 20124


Peter J. Glazer
The Glazer Law Firm, PC
P.O. Box 60712
Washington, DC 20039

Peter L. Goldman
O'Reilly and Mark
526 King Street
Alexandria, VA 22314


PNC Bank, N.A.
222 Delaware Avenue
Wilmington, DE 19801


Prince William County
Tax Administration Division
P.O. Box 2467
Woodbridge, VA 22195-2467


Protego Consulting, LLC
12773 Oak Farms Drive
Herndon, VA 20171


Roberto Seira
12772 Oak Farms Drive
Herndon, VA 20171


Ronald Lee Campbell
5306 Saphire Court
Woodbridge, VA 22193-3450


Scott W. Miller
PENSCO Trust Company
P.O. Box 173859
Denver, CO 80217-3859


Security Services
CitiCard
P.O. Box 6063
Sioux Falls, SD 57117


Selective Insurance Company
40 Wantage Avenue
Branchville, NJ 07890


Shulman Rogers
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854

Simple Eats, LLC
1026 Bethlehem Street
Houston, TX 77018


Square
1455 Market Street
Suite 600
San Francisco, CA 94103


SRA Associates
401 Minnetonka Road
Somerdale, NJ 08083


Stone's Throw Hash, LLC
c/o Ben Jones, Owner
5609 Hess Avenue
Baltimore, MD 21212


Tipton Holdings Group, LLC
4330 Ridgewood Center Drive
Woodbridge, VA 22192


VEC Central Office
703 E. Main Street
Richmond, VA 23219


Virginia Employment Commission
Cashier's Office
P.O. Box 27592
Richmond, VA 23261


Woofbowl, LLC
c/o Ronad V. Holloway
8409 Lee Highway, Suite 4115
Merrifield, VA 22116